IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY K. HUTSON,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | 4:22-CV-3048<br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to remand (filing 33) is granted.

2. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The plaintiff's motion for an order reversing the Commissioner's decision (filing 32) is denied as moot.

4. A separate judgment will be entered.

Dated this 17th day of August, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge