IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY K. HUTSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | 4:22-CV-3048<br><br>JUDGMENT |

Pursuant to the order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees and costs in the amount of $4,488.50.

Dated this 22nd day of September, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge